# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON TAYLOR

NO. 2026 KW 0590

**JUNE 29, 2026**

---

In Re:    Jason Taylor, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 576207, 580008.

---

**BEFORE:    McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

**WRIT DENIED AS MOOT.** The records of the St. Tammany Parish Office of the Clerk of Court reflect that the district court acted on the "motion for copies of verbatim transcript of multiple offender adjudication and sentencing hearing and multiple offender bill of information," on October 23, 2025, and a copy was forwarded to relator on June 5, 2026.

**PMc**
**TPS**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT